STATE OF NEW JERSEY v. GUY ORTIZ.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. IWAN KURAWSKY.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALVARO GOMEZ.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALVARO GOMEZ.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DARRYL RAGSDALE.

November 1, 1988.

Petition for certification denied.